RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Nevada State Bar No. 8540
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Efren Martinez-Silva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-233-GMN-GWF |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCING HEARING** |
| v. | (First Request) |
| EFREN MARTINEZ-SILVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Efren Martinez-Silva, that the Sentencing Hearing currently scheduled on February 2, 2017 at 10:00 a.m., be advanced to January 17, 2017 at 1:30 pm.

This Stipulation is entered into for the following reasons:

1. The presentence investigation report has been completed. The parties are prepared to proceed before the currently scheduled date.

2. Additionally, defense counsel will be out of the jurisdiction on the currently scheduled sentencing date.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 5th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>EFREN MARTINEZ-SILVA,<br><br>            Defendant. | Case No. 2:15-cr-233-GMN-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 2, 2017 at 10:00 a.m., be vacated and continued to Tuesday, January 17, 2017 at 1:30 p.m.

DATED this ___6___ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE