RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Efren Martinez-Silva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EFREN MARTINEZ-SILVA,<br><br>            Defendant. | Case No. 2:15-cr-233-GMN-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Efren Martinez-Silva, that the Sentencing Hearing currently scheduled on January 17, 2017 at 1:30 p.m., be vacated and continued to February 17, 2017 at 9:30 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to meet and confer with client regarding an objection in the presentence investigation report.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 11th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EFREN MARTINEZ-SILVA,<br><br>          Defendant. | Case No. 2:15-CR-233-GMN-GWF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 17, 2017 at 1:30 p.m., be vacated and continued to Friday, February 17, 2017 at 9:30 a.m. in Courtroom 7C.

DATED this \_\_\_12\_\_\_ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE